1  STEVEN N. RICHMAN, State Bar No. 101267
    srichman@erlaw.com
2  NAMI R. KANG, State Bar No. 227954
    nkang@erlaw.com
3  EPPORT, RICHMAN & ROBBINS, LLP
   1875 Century Park East, Suite 800
4  Los Angeles, California 90067-2512
   Telephone: (310) 785-0885
5  Facsimile: (310) 785-0787

6  Attorneys for Defendant
   FIRST FEDERAL BANK OF
7  CALIFORNIA

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MATTHEW BYGUM and KELLY BYGUM,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST FEDERAL BANK OF CALIFORNIA and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. 2:07-cv-06144-FMC-AGRx<br><br>**JUDGMENT** |

8604MSJ-JUDGMENT3.doc

CV07-6144 FMC (ARGx)

*JUDGMENT*

1  Defendant First Federal Bank of California ("First Federal") having filed its
2  Motion for Summary Judgment or, in the Alternative, Summary Adjudication of
3  Claims ("Motion for Summary Judgment") against Plaintiffs Matthew Bygum and
4  Kelly Bygum (collectively, the "Plaintiffs"), and the Court having entered its Order
5  Granting in part First Federal's Motion for Summary Judgment,
6      JUDGMENT IS HEREBY ENTERED AS FOLLOWS:
7      1.    First Federal's Motion for Summary Judgment on Plaintiffs' claims for
8  violation of the Truth in Lending Act (Claims 1 and 2) is GRANTED;
9      2.    Judgment is hereby entered in favor of First Federal against Plaintiffs
10  on Claims 1 and 2; and
11      3.    The remaining state law claims are REMANDED to state court.
12  DATED:    **February 12, 2009**

*(signature)*

FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT

EFPORT, RICHMAN & ROBBINS, LLP
1875 CENTURY PARK EAST, SUITE 800
LOS ANGELES, CALIFORNIA 90067-2512
TELEPHONE (310) 785-0885 • FACSIMILE (310) 785-0787